**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: MAGNY, JENNIFER<br>SSN: xxx-xx-1442<br>　　　　　　Debtor(s) | Chapter 13<br>Case # 17-10489-FJB |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The debtor(s) filed a Chapter 13 Plan (the "Plan") on <u>March 15, 2017.</u> The debtor(s) filed an Amended Certificate of Service on <u>March 15, 2017</u>, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is <u>36</u> months.

2. The debtor(s) shall pay to the Chapter 13 Trustee the sum of <u>$92.00</u> per month commencing <u>April 01, 2017</u> which payments shall continue through the completion of the Plan and shall be made on the <u>1st</u> day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: <u>Carolyn Bankowski, Esq. Chapter 13 Trustee, P.O. Box 1131, Memphis, TN 38101-1131.</u>

3. The effective date of confirmation of the Plan is <u>April 01, 2017.</u> The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C. §§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor(s) only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The debtor shall be responsible for preserving and protecting property of the estate.

Dated:  08/15/2017

_Frank J. Bailey_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re: MAGNY, JENNIFER**<br>**SSN: xxx-xx-1442**<br>**Debtor(s)** | **Chapter 13**<br>**Case # 17-10489-FJB** |

**SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN**

**1.    Modified Secured Claims**

NONE

**2.    Unmodified Secured Claims**

NONE

**3.    Administrative Claims**

Herbert Weinberg, Esq. shall be paid his legal fees in the amount of $2,000.00 over the first 12 months of the plan.

**4.    Priority Claims**

NONE

**5.    Unsecured Claims**

The holders of unsecured claims total $97,924.05 and shall receive a dividend of no less than 1.0%.

**6.    Other Pertinent Provisions**

NONE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re: MAGNY, JENNIFER**<br>**SSN: xxx-xx-1442**<br>**Debtor(s)** | **Chapter 13**<br>**Case # 17-10489-FJB** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within proposed order of confirmation was served upon the debtors, debtors' counsel of record and all parties and attorneys who have filed appearances and requests for service of pleadings, per the following service list, by first class mail, postage prepaid, or by electronic notice.

| | |
|---|---|
| Dated: <u>July 14, 2017</u> | Respectfully submitted.<br>By: <u>/s/ Carolyn Bankowski</u><br>BBO #631056<br>Standing Chapter 13 Trustee<br>PO Box 8250<br>Boston, MA  02114<br>(617) 723-1313<br>**13trustee@ch13boston.com** |

## SERVICE LIST

| | |
|---|---|
| Jennifer Magny<br>20 Mercier Avenue<br>Boston, MA  02124<br><br>Mass. Dept. of Revenue/CSE<br>Child Support Enforcement Division<br>P. O. Box 9561<br>Boston, MA. 02114 | Herbert Weinberg, Esq.<br>805 Turnpike Street<br>Suite 201<br>N. Andover, MA  01845 |