# District of Massachusetts
# Claims Register

### 17-10489 Jennifer Magny

**Judge:** Frank J. Bailey  **Chapter:** 13
**Office:** Boston  **Last Date to file claims:**
**Trustee:** Carolyn Bankowski-13-12  **Last Date to file (Govt):**

| Creditor: (19877212)<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>*Original Filed Date*: 02/23/2017<br>*Original Entered Date*: 02/23/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mandy Dingus<br>*Modified:* |
|---|---|---|

Amount claimed: $9010.77

*History:*
Details  1-1  02/23/2017  Claim #1 filed by Discover Bank, Amount claimed: $9010.77 (Dingus, Mandy )

*Description:*
*Remarks:*

| Creditor: (19902927)<br>CACH, LLC<br>PO Box 5980<br>Denver, CO 80217-5980 | **Claim No: 2**<br>*Original Filed Date*: 04/07/2017<br>*Original Entered Date*: 04/07/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

Amount claimed: $5022.64

*History:*
Details  2-1  04/07/2017  Claim #2 filed by CACH, LLC, Amount claimed: $5022.64 (ADI)

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):0861

| Creditor: (19943165)<br>Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 3**<br>*Original Filed Date*: 06/07/2017<br>*Original Entered Date*: 06/07/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amanda Matchett<br>*Modified:* |
|---|---|---|

Amount claimed: $250.91

*History:*
Details  3-1  06/07/2017  Claim #3 filed by Verizon, Amount claimed: $250.91 (Matchett, Amanda )

*Description:*
*Remarks:*

| Creditor: (19945600) | **Claim No: 4** | *Status:* |
|---|---|---|

| | | |
|---|---|---|
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | *Original Filed Date:* 06/12/2017<br>*Original Entered Date:* 06/12/2017 | *Filed by:* CR<br>*Entered by:* Tracyan Frame<br>*Modified:* |

| Amount claimed: $5112.15 |
|---|

*History:*

| Details | 4-1 | 06/12/2017 | Claim #4 filed by Cavalry SPV I, LLC, Amount claimed: $5112.15 (Frame, Tracyan ) |
|---|---|---|---|

*Description:* (4-1) Cavalry SPV I, LLC as assignee of Citibank, N.A.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*　(19948925)<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>norfolk, VA 23541 | **Claim No: 5**<br>*Original Filed Date:* 06/20/2017<br>*Original Entered Date:* 06/20/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

| Amount claimed: $4418.88 |
|---|

*History:*

| Details | 5-1 | 06/20/2017 | Claim #5 filed by PORTFOLIO RECOVERY ASSOCIATES, LLC, Amount claimed: $4418.88 (ADI) |
|---|---|---|---|

*Description:*

*Remarks:* (5-1) Account Number (last 4 digits):8785

| | | |
|---|---|---|
| *Creditor:*　(19948925)<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>norfolk, VA 23541 | **Claim No: 6**<br>*Original Filed Date:* 06/20/2017<br>*Original Entered Date:* 06/20/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

| Amount claimed: $1372.53 |
|---|

*History:*

| Details | 6-1 | 06/20/2017 | Claim #6 filed by PORTFOLIO RECOVERY ASSOCIATES, LLC, Amount claimed: $1372.53 (ADI) |
|---|---|---|---|

*Description:*

*Remarks:* (6-1) Account Number (last 4 digits):7792

## Claims Register Summary

**Case Name:** Jennifer Magny
**Case Number:** 17-10489
**Chapter:** 13
**Date Filed:** 02/16/2017
**Total Number Of Claims:** 6

| **Total Amount Claimed*** | $25187.88 |
|---|---|

| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
| --- | --- | --- |
| **Secured** | | |
| **Priority** | | |
| **Administrative** | | |