UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

JENNIFER MAGNY
Debtor

CHAPTER 13
CASE NO. 17-10489-FJB

## MOTION TO DISMISS

Jennifer Magny (the "Debtor") respectfully requests that this Court enter an Order dismissing this case pursuant to 11 U.S.C. §1307.

Respectfully submitted,
Jennifery Magny
By her attorney,

/s/ Herbert Weinberg
Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

DATED: August 1, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)   CHAPTER 13
)   CASE NO. 17-10489 FJB
JENNIFER MAGNY, )
DEBTOR )
)
)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Dismiss was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following and those on the attached list:

Office of the U.S. Trustee
John W. McCormack Post Office
And Courthouse
5 Post Office Square
Boston, MA 02114

Carolyn Bankowski, Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02109

Jennifer Magny
20 Mercier Avenue
Boston, MA 02124

Rockland Federal Credit Union
241 Union Street
Rockland, MA 02370

Signed under the penalties of perjury this 1st day of August 2018.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-24769
hweinberg@jrhwlaw.com

Label Matrix for local noticing
0101-1
Case 17-10489
District of Massachusetts
Boston
Mon Apr 24 14:09:49 EDT 2017

American Recovery Service Incorporated
555 St. Charles Drive, Suite 110
Thousand Oaks, CA 91360-3982

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801-5014

CACH, LLC
PO Box 5980
Denver, CO 80217-5980

Cavalry Portfolio Services
500 Summit Lake Drive
Suite 4A
Valhalla, NY 10595-2323

Chase Bank Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chase/Bank One Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Jennifer Magny
20 Mercier Avenue
Boston, MA 02124-4722

RBS Citizens NA
100 Lafayette Boulevard
Bridgeport, CT 06604

James A.W. Shaw
Segal Roitman, LLP
111 Devonshire Street
Fifth Floor
Boston, MA 02109-5420

Herbert Weinberg
Rosenberg & Weinberg,
805 Turnpike St., Suite. 201
North Andover, MA 01845-6122


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
P.O. Box 982238
El Paso, TX 79998

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15