**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Jennifer Magny

**Case/AP Number** 17-10489 **-FJB**
**Chapter** 13

#49 Motion filed by Debtor Jennifer Magny to Dismiss Case with certificate of service. (Weinberg, Herbert)

**COURT ACTION:**

_____Hearing held
_____Granted     _____Approved     _____Moot
_____Denied      _____Denied without prejudice     _____Withdrawn in open court
_____Overruled   _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: Pursuant to 11 U.S.C. § 1307(b), this case is hereby dismissed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 08/01/2018
Frank J. Bailey
United States Bankruptcy Judge